445 A.2d 222

Commonwealth v. Herman, Appellant.

Submitted June 24, 1981. Barbara Orsburn Stump, for appellant; Sheryl Ann Dorney, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BECK and JOHNSON, JJ.

Judgment of sentence dated April 9, 1980 is affirmed.

445 A.2d 222

Commonwealth v. Herron, Appellant.

Submitted May 11, 1981. Stephen H. Serota, for appellant; Franklin L. Noel, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.